United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony A. Gaydos  
Patricia M. Gaydos  
       Debtors

Case No. 17-13752-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Oct 18, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.  
db/jdb        +Anthony A. Gaydos,    Patricia M. Gaydos,    2707 Hampstead Road,    Allentown, PA 18103-9268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:  
         DAVID S. GELLERT    on behalf of Joint Debtor Patricia M. Gaydos dsgatn@rcn.com,  
             r46641@notify.bestcase.com  
         DAVID S. GELLERT    on behalf of Debtor Anthony A. Gaydos dsgatn@rcn.com,  
             r46641@notify.bestcase.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
         JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association  
             paeb@fedphe.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:                                   :
   Anthony A. Gaydos              :         Chapter 13
   Patricia M. Gaydos,            :         Bankruptcy No. 17-13752 REF
      Debtors                 :

**NOTICE OF DEBTORS' INTENTION TO SELL REAL ESTATE**
**FREE AND CLEAR OF LIENS**
**AND FOR DISTRIBUTION OF SALE PROCEEDS**

TO THE CHAPTER 13 TRUSTEE, THE ASSISTANT U.S. TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN THAT:**

1. The Debtors Anthony A. Gaydos and Patricia M. Gaydos are the owners of real estate located at 2707 Hempstead Road, Salisbury Township, Lehigh County, Pennsylvania.

2. The Debtors intend to sell their interest in the Real Estate at private sale to Leon Zoller and Debbie Zoller for the sum of Three Hundred Sixty Thousand ($360,000.00) Dollars.

3. The Debtors propose that at settlement, after the payment of all liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, the balance of the Debtors' interest in the proceeds of sale, if any, shall be paid to the Debtors as their homestead exemption pursuant to 11 U.S.C. Section 522(d)(1) and pursuant to Debtors' Schedule C of their bankruptcy schedules.

4. Any creditor or party in interest may file an answer, objection, or other responsive pleading with respect to the Motion with the Clerk, U.S. Bankruptcy Court, The Madison, Suite 300, 400 Washington Street, Reading, PA 19606 within twenty-one (21) days of the date of this Notice and serve a copy on the Debtors; attorney at the address set forth below.

5. In the event an answer, objection or other responsive pleading is timely filed, a hearing will be scheduled to consider such filing in the U.S. Bankruptcy Court, The Madison, Suite 300, Reading, PA on **November 16, 2017** at 9:30 a.m. in Courtroom No. 1.

6. In the absence of any answers, objections, or other responsive pleading, the Debtors shall certify same to the Court.

David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102

Date of Notice and Mailing: October 18, 2017