UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Anthony A. Gaydos           :    Chapter 13
    Patricia M. Gaydos,         :    Bankruptcy No.  17-13752  REF
                                           :
    Debtors                          :

## ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS
## AND FOR DISTRIBUTION OF PROCEEDS

Upon consideration of the Debtors' Motion for Order to Sell Real Estate Free and Clear of Liens, it is hereby

**ORDERED** that the Debtors, Anthony A. Gaydos and Patricia M. Gaydos shall sell real estate located at 2707 Hempstead Road, Salisbury Township, Lehigh County, Pennsylvania to Leon Zoller and Debbie Zoller for the sum of Three Hundred Sixty Thousand ($360,000.00) Dollars; It is further

ORDERED that ~~Wells~~ JPMorgan Chase Bank, National Association first mortgage in the real estate will be paid in full subject to a proper payoff quote at the time of closing.

ORDERED that Nathan Guttman of Keller Williams Real Estate shall be authorized to act as realtor for the Debtors and shall be permitted to retain as commission five and one-half percent (5.5%) or the sum of $6,000.00 of the gross selling price of the real estate. It is further

ORDERED that at settlement after the payment of liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, that the balance of the proceeds of sale, if any, shall be paid to the Debtors as their homestead exemption pursuant to 11 U.S.C. Section 522(d)(1) and pursuant to Debtors' Schedule C of their bankruptcy schedules. It

*[Handwritten insertion with arrow pointing to paragraph about JPMorgan Chase first mortgage]:* ORDERED that JP Morgan Chase, second mortgagee, shall be paid $28,991.86 at closing to release the property from its mortgage.

is further

    ORDERED that the Debtors shall provide the Chapter 13 Trustee with a copy of the HUD-1 settlement sheet within ten (10) days after settlement.

12/14/17

BY THE COURT:

_____
B.J.