United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13752-ref
Anthony A. Gaydos                                                         Chapter 13
Patricia M. Gaydos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Dec 14, 2017
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db/jdb         #+Anthony A. Gaydos,    Patricia M. Gaydos,    2707 Hampstead Road,    Allentown, PA 18103-9268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              DAVID S. GELLERT    on behalf of Joint Debtor Patricia M. Gaydos dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT    on behalf of Debtor Anthony A. Gaydos dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pa.bkecf@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    Anthony A. Gaydos               :     Chapter 13
    Patricia M. Gaydos,            :     Bankruptcy No. 17-13752 REF

    Debtors

## ORDER TO SELL REAL ESTATE FREE AND CLEAR OF LIENS AND FOR DISTRIBUTION OF PROCEEDS

Upon consideration of the Debtors' Motion for Order to Sell Real Estate Free and Clear of Liens, it is hereby

**ORDERED** that the Debtors, Anthony A. Gaydos and Patricia M. Gaydos shall sell real estate located at 2707 Hempstead Road, Salisbury Township, Lehigh County, Pennsylvania to Leon Zoller and Debbie Zoller for the sum of Three Hundred Sixty Thousand ($360,000.00) Dollars; It is further

ORDERED that ~~Wells~~ JPMorgan Chase Bank, National Association first mortgage in the real estate will be paid in full subject to a proper payoff quote at the time of closing.

ORDERED that Nathan Guttman of Keller Williams Real Estate shall be authorized to act as realtor for the Debtors and shall be permitted to retain as commission five and one-half percent (5.5%) or the sum of $6,000.00 of the gross selling price of the real estate. It is further

ORDERED that at settlement after the payment of liens, realtor's commission, real estate taxes, transfer tax and customary and reasonable settlement costs, that the balance of the proceeds of sale, if any, shall be paid to the Debtors as their homestead exemption pursuant to 11 U.S.C. Section 522(d)(1) and pursuant to Debtors' Schedule C of their bankruptcy schedules. It

*[Handwritten insertion:]* ORDERED that JP Morgan Chase, second mortgagee, shall be paid $28,991.86 at closing to release the property from its mortgage.

is further

ORDERED that the Debtors shall provide the Chapter 13 Trustee with a copy of the HUD-1 settlement sheet within ten (10) days after settlement.

12/14/17

BY THE COURT:

_____
B.J.