# UNITED STATES BANKRUPTCY COURT
# FOR EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    Anthony A. Gaydos                           :     Chapter 13
    Patricia M. Gaydos,                          :     Bankruptcy No. 17-13752
        Debtor(s)                             :

## PRAECIPE TO CHANGE MAILING ADDRESS

Anthony A. Gaydos and Patricia M. Gaydos, by and through their counsel, David S. Gellert, Esquire, of David S. Gellert, P.C., requests that the mailing address be changed as follows:

**7055 Pioneer Drive**
**Macungie, PA 18062**

Respectfully submitted,

Dated: January 17, 2018            s/ David S. Gellert
                                           David S. Gellert, Esquire
                                           1244 Hamilton Street, Suite 204
                                           Allentown, PA 18102
                                           610-776-7070    Fax: 610-776-7072