# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Anthony A. Gaydos<br>        Patricia M. Gaydos<br>                          Debtors | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>                          Movant<br>              vs.<br>Anthony A. Gaydos<br>Patricia M. Gaydos<br>                          Debtors | NO. 17-13752 REF |
| Frederick L. Reigle<br>                          Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of JPMorgan Chase Bank, National Association, which was filed with the Court on or about October 23, 2017 (Doc. No. 20).

>                   Respectfully submitted,
>
>                   **/s/ Kevin G. McDonald, Esquire**
>                   Kevi G. McDonald, Esquire
>                   Attorney for Movant
>                   KML Law Group, P.C.
>                   BNY Mellon Independence Center
>                   701 Market Street, Suite 5000
>                   Philadelphia, PA  19106
>                   215-627-1322

January 25, 2018