*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony A. Gaydos and
Patricia M. Gaydos
    Debtor(s)

Case No: 17–13752–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*NOTICE OF CONTINUED HEARING\*\*
Motion to Dismiss Case re feasibility Filed by FREDERICK L. REIGLE

on: 4/5/18

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/5/18

Timothy B. McGrath
Clerk of Court

42 – 23
Form 167