United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-13752-ref
Anthony A. Gaydos                                                      Chapter 13
Patricia M. Gaydos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet                Page 1 of 2               Date Rcvd: Feb 05, 2018
                              Form ID: 152                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db/jdb         +Anthony A. Gaydos,    Patricia M. Gaydos,    7055 Pioneer Drive,    Macungie, PA 18062-8577
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13968480        Bank Of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
13926140       +Bank of Ameirca,    P.O. Box 45224,    Jacksonville, FL 32232-5224
13961490        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13926141       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13926142       +Chase Home Mortgage,    P.O. Box 78420,    Phoenix, AZ 85062-8420
14001807        Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA  98083-0280
13951171       +County of Lehigh Fiscal Office,    17 S 7th Street Room 119,    Allentown PA 18101-2401
13993119       +JPMorgan Chase Bank, National Association,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13930320       +JPMorgan Chase Bank, National Association,    c/o Joseph A. Dessoye, Esq.,
                 1617 JFK Boulevard, Ste 1400,    One Penn Center Plaza,    Philadelphia, PA 19103-1823
13926145      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court:   People First FCU,    2141 Downyflake Lane,    Allentown, PA 18103)
13926146       #+Renew Financial,    P.O. Box 3558,    Allentown, PA 18106-0558
13926147       +Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13926148       +The Bon Ton,    HSBC Retail Services,    P.O. Box 17264,    Baltimore, MD 21297-1264
13926149       +Volvo Financial Services,    7025 Albert Pick Road,    Suite 105,    Greensboro, NC 27409-9519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13926143       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2018 02:23:44      Kohl's,    P.O. Box  3043,
                 Milwaukee, WI 53201-3043
13986679       +E-mail/Text: bankruptcy@fult.com Feb 06 2018 02:24:53      LAFAYETTE AMBASSADOR BANK,
                 SPECIAL ASSETS 5TH FLOOR,    ONE PENN SQUARE,    LANCASTER, PA 17602-2853
13926144       +E-mail/Text: bankruptcy@fult.com Feb 06 2018 02:24:53      Lafayette Ambassador Bank,
                 Loan Operations,    P.O. Box 69,    East Petersburg, PA 17520-0069
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Violet              Page 2 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              DAVID S. GELLERT     on behalf of Joint Debtor Patricia M. Gaydos dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DAVID S. GELLERT     on behalf of Debtor Anthony A. Gaydos dsgatn@rcn.com,
               r46641@notify.bestcase.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Anthony A. Gaydos and Patricia M. Gaydos

    Debtor(s)                                    Case No: 17–13752–ref

                                            Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

43
Form 152