United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anthony A. Gaydos
Patricia M. Gaydos
      Debtors

Case No. 17-13752-ref
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-4 | User: Violet<br>Form ID: 167 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Feb 05, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
db/jdb    +Anthony A. Gaydos,   Patricia M. Gaydos,   7055 Pioneer Drive,   Macungie, PA 18062-8577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
      DAVID S. GELLERT   on behalf of Joint Debtor Patricia M. Gaydos dsgatn@rcn.com,
       r46641@notify.bestcase.com
      DAVID S. GELLERT   on behalf of Debtor Anthony A. Gaydos dsgatn@rcn.com,
       r46641@notify.bestcase.com
      FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JEROME B. BLANK   on behalf of Creditor   JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      JOSEPH ANGEO DESSOYE   on behalf of Creditor   JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      KEVIN G. MCDONALD   on behalf of Creditor   JPMorgan Chase Bank, National Association
       KMcDonald@blankrome.com
      LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER   on behalf of Creditor   JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG   on behalf of Creditor   JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Anthony A. Gaydos and
Patricia M. Gaydos
      Debtor(s)

Case No: 17–13752–ref

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*NOTICE OF CONTINUED HEARING\*\*
Motion to Dismiss Case re feasibility Filed by FREDERICK L. REIGLE

on: 4/5/18

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/5/18

Timothy B. McGrath
Clerk of Court

42 – 23
Form 167