# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
|    Anthony A. Gaydos : | Chapter 13 |
|    Patricia M. Gaydos, : | |
| : | Bky. No. 17-13752 REF |
|           Debtor(s) : | |

## **CERTIFICATION OF NO RESPONSE**

AND NOW, this 6th day of March 2018,  David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the **Application for Employment of Realtor** filed in the above matter.

                                                  s/ David S. Gellert
                                                  David S. Gellert, Esquire
                                                  David S. Gellert, P.C.
                                                  1244 Hamilton Street, Suite 204
                                                  Allentown, PA 18102
                                                  610-776-7070  Fax:  610-776-7072