# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   Anthony A. Gaydos | : | Chapter 13 |
|   Patricia M. Gaydos, | : | |
| | : | Bankruptcy No. 17-13752 REF |
|         Debtors | : | |

## ORDER GRANTING EMPLOYMENT OF REALTOR

Upon consideration of the Application to employ Keller Willams Real Estate to sell real estate located at 2707 Hampstead Road, Salisbury Township, Lehigh County, Pennsylvania, good reason appearing thereto, no objections appearing thereto, it is

**ORDERED AND DECREED** that the Debtors be and hereby is permitted to employ Keller Williams Real Estate to sell the real estate located at 2707 Hampstead Court, Salisbury Township, Lehigh County, Pennsylvania on the terms stated in the Application, although amount of final compensation shall be determined upon closing the sale of the property.

FOR THE COURT:

**Date: March 8, 2018**

_____

B.J.