United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anthony A. Gaydos
Patricia M. Gaydos
    Debtors

Case No. 17-13752-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Mar 08, 2018
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db/jdb         +Anthony A. Gaydos,    Patricia M. Gaydos,    7055 Pioneer Drive,    Macungie, PA 18062-8577
r              +Keller Williams Real Estate,    40 South Cedar Crest Blvd.,    Allentown, PA 18104-5912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
      DAVID S. GELLERT    on behalf of Joint Debtor Patricia M. Gaydos dsgatn@rcn.com,
       r46641@notify.bestcase.com
      DAVID S. GELLERT    on behalf of Debtor Anthony A. Gaydos dsgatn@rcn.com,
       r46641@notify.bestcase.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JEROME B. BLANK    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    JPMorgan Chase Bank, National Association
       KMcDonald@blankrome.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    JPMorgan Chase Bank, National Association
       bkgroup@kmllawgroup.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor    JPMorgan Chase Bank, National Association
       paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
   Anthony A. Gaydos              :           Chapter 13
   Patricia M. Gaydos,            :
                                    :           Bankruptcy No. 17-13752 REF
        Debtors                 :

## ORDER GRANTING EMPLOYMENT OF REALTOR

Upon consideration of the Application to employ Keller Williams Real Estate to sell real estate located at 2707 Hampstead Road, Salisbury Township, Lehigh County, Pennsylvania, good reason appearing thereto, no objections appearing thereto, it is

**ORDERED AND DECREED** that the Debtors be and hereby is permitted to employ Keller Williams Real Estate to sell the real estate located at 2707 Hampstead Court, Salisbury Township, Lehigh County, Pennsylvania on the terms stated in the Application, although amount of final compensation shall be determined upon closing the sale of the property.

FOR THE COURT:

**Date: March 8, 2018**

_____
B.J.