# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Anthony A. Gaydos | : | Chapter 13 |
| Patricia M. Gaydos, | : | Bankruptcy No. 16-17851 REF |
| | : | |
| Debtor(s) | : | |

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 19th day of April, 2018, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Supplemental Application for Approval of Compensation for Counsel for Debtor.

s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
1244 Hamilton Street, Suite 204
Allentown, PA 18102
610-776-7070   Fax:  610-776-7072