| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-13752-PMM

ANTHONY A. GAYDOS
PATRICIA M. GAYDOS
7055 PIONEER DRIVE
MACUNGIE  PA    18062

Petition Filed Date: 05/31/2017
341 Hearing Date: 08/01/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $600.00 | | 01/29/2019 | $600.00 | | 03/04/2019 | $600.00 | |
| 04/01/2019 | $600.00 | | 04/26/2019 | $600.00 | | 06/03/2019 | $600.00 | |
| 07/08/2019 | $600.00 | | 07/31/2019 | $600.00 | | 08/30/2019 | $600.00 | |
| 10/01/2019 | $600.00 | 6209251000 | 10/30/2019 | $600.00 | 6288304000 | 12/02/2019 | $600.00 | 6367370000 |
| 12/31/2019 | $600.00 | 6441793000 | 01/30/2020 | $600.00 | 6517776000 | 03/02/2020 | $600.00 | 6596609000 |
| 03/31/2020 | $600.00 | 6673820000 | 05/01/2020 | $600.00 | 6752031000 | 06/01/2020 | $600.00 | 6827020000 |
| 06/29/2020 | $600.00 | 6900285000 | 07/30/2020 | $600.00 | 6973757000 | | | |

**Total Receipts for the Period: $12,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $25,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BANK OF AMERICA<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $3,020.46 | $757.71 | $2,262.75 |
| 8 | JP MORGAN CHASE BANK NA<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITIBANK NA<br>»»  009 | Unsecured Creditors | $9,142.77 | $2,293.58 | $6,849.19 |
| 4 | COUNTY OF LEHIGH FISCAL OFFICE<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JP MORGAN CHASE BANK NA<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LAFAYETTE AMBASSADOR BANK<br>»»  007 | Unsecured Creditors | $7,454.83 | $1,870.11 | $5,584.72 |
| 1 | PEOPLE FIRST FCU<br>»»  001 | Unsecured Creditors | $9,472.87 | $2,376.39 | $7,096.48 |
| 2 | PEOPLE FIRST FCU<br>»»  002 | Unsecured Creditors | $19,756.80 | $4,956.22 | $14,800.58 |
| 3 | PEOPLE FIRST FCU<br>»»  003 | Unsecured Creditors | $9,302.00 | $2,333.53 | $6,968.47 |
| 11 | DAVID S GELLERT, ESQ<br>»»  011 | Attorney Fees | $7,329.56 | $7,329.56 | $0.00 |

**Chapter 13 Case No. 17-13752-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,200.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $21,917.10 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,202.90 | Total Plan Base: | $38,400.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.