| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13752-PMM**

ANTHONY A. GAYDOS
PATRICIA M. GAYDOS
7055 PIONEER DRIVE
MACUNGIE  PA    18062

Petition Filed Date: 05/31/2017
341 Hearing Date: 08/01/2017
Confirmation Date: 04/05/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/30/2020 | $600.00 | 6517776000 | 03/02/2020 | $600.00 | 6596609000 | 03/31/2020 | $600.00 | 6673820000 |
| 05/01/2020 | $600.00 | 6752031000 | 06/01/2020 | $600.00 | 6827020000 | 06/29/2020 | $600.00 | 6900285000 |
| 07/30/2020 | $600.00 | 6973757000 | 08/31/2020 | $600.00 | 7046374000 | 09/30/2020 | $600.00 | 7122517000 |
| 10/29/2020 | $600.00 | 7190231000 | 11/30/2020 | $600.00 | 7266741000 | 12/29/2020 | $600.00 | 7335965000 |
| 01/28/2021 | $600.00 | 7409394000 | 02/25/2021 | $600.00 | 7476139000 | 03/30/2021 | $600.00 | 7559713000 |
| 04/30/2021 | $600.00 | 7633314000 | 06/01/2021 | $600.00 | 7699387000 | | | |

**Total Receipts for the Period: $10,200.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $31,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | BANK OF AMERICA<br>»»  006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»»  005 | Unsecured Creditors | $3,020.46 | $1,043.79 | $1,976.67 |
| 8 | JP MORGAN CHASE BANK NA<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITIBANK NA<br>»»  009 | Unsecured Creditors | $9,142.77 | $3,159.57 | $5,983.20 |
| 4 | COUNTY OF LEHIGH FISCAL OFFICE<br>»»  004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JP MORGAN CHASE BANK NA<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LAFAYETTE AMBASSADOR BANK<br>»»  007 | Unsecured Creditors | $7,454.83 | $2,576.27 | $4,878.56 |
| 1 | PEOPLE FIRST FCU<br>»»  001 | Unsecured Creditors | $9,472.87 | $3,273.67 | $6,199.20 |
| 2 | PEOPLE FIRST FCU<br>»»  002 | Unsecured Creditors | $19,756.80 | $6,827.62 | $12,929.18 |
| 3 | PEOPLE FIRST FCU<br>»»  003 | Unsecured Creditors | $9,302.00 | $3,214.61 | $6,087.39 |
| 11 | DAVID S GELLERT, ESQ<br>»»  011 | Attorney Fees | $7,329.56 | $7,329.56 | $0.00 |

**Chapter 13 Case No. 17-13752-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $31,200.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $27,425.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,676.90 | Total Plan Base: | $38,400.00 |
| Funds on Hand: | $1,098.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.