United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony A. Gaydos  
Patricia M. Gaydos  
    Debtors

Case No. 17-13752-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jul 26, 2022      Form ID: 138OBJ      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony A. Gaydos, Patricia M. Gaydos, 7055 Pioneer Drive, Macungie, PA 18062-8577 |
| 13951171 | + | County of Lehigh Fiscal Office, 17 S 7th Street Room 119, Allentown PA 18101-2401 |
| 14079186 | #+ | David S. Gellert, Esquire, 1244 Hamilton Street, Allentown, PA 18102-4699 |
| 13930320 | | JPMorgan Chase Bank, National Association, c/o Joseph A. Dessoye, Esq., 1617 JFK Boulevard, Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13926145 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First FCU, 2141 Downyflake Lane, Allentown, PA 18103 |
| 13926146 | + | Renew Financial, P.O. Box 3558, Allentown, PA 18106-0558 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 27 2022 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 27 2022 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13968480 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 00:08:00 | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13926140 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 27 2022 00:08:00 | Bank of Ameirca, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 13961490 | | Email/PDF: bncnotices@becket-lee.com | Jul 27 2022 00:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14001807 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2022 00:08:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14666880 | + | Email/Text: dsgrdg@ptdprolog.net | Jul 27 2022 00:08:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 13993119 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 00:07:48 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA, 71203 |
| 13926141 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 00:07:48 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 13926142 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2022 00:08:00 | Chase Home Mortgage, P.O. Box 78420, Phoenix, AZ 85062 |
| 13926143 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 27 2022 00:08:00 | Kohl's, P.O. Box 3043, Milwaukee, WI |

Case 17-13752-pmm  Doc 78  Filed 07/28/22  Entered 07/29/22 00:31:44  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 26, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | 53201-3043 |
| 13986679 | + | Email/Text: bankruptcy@fult.com | Jul 27 2022 00:08:00 | LAFAYETTE AMBASSADOR BANK, SPECIAL ASSETS 5TH FLOOR, ONE PENN SQUARE, LANCASTER, PA 17602-2853 |
| 13926144 | + | Email/Text: bankruptcy@fult.com | Jul 27 2022 00:08:00 | Lafayette Ambassador Bank, Loan Operations, P.O. Box 69, East Petersburg, PA 17520-0069 |
| 13926147 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2022 00:18:14 | Sears, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 13926148 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 27 2022 00:08:00 | The Bon Ton, HSBC Retail Services, P.O. Box 17264, Baltimore, MD 21297-1264 |
| 13926149 | + | Email/Text: vfs.bnc.us@volvo.com | Jul 27 2022 00:08:00 | Volvo Financial Services, 7025 Albert Pick Road, Suite 105, Greensboro, NC 27409-9519 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID S. GELLERT | on behalf of Joint Debtor Patricia M. Gaydos dsgrdg@ptdprolog.net |
| DAVID S. GELLERT | on behalf of Debtor Anthony A. Gaydos dsgrdg@ptdprolog.net |
| JEROME B. BLANK | on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com |
| JOSEPH ANGEO DESSOYE | on behalf of Creditor JPMorgan Chase Bank  National Association paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor JPMorgan Chase Bank  National Association bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 26, 2022 | Form ID: 138OBJ | Total Noticed: 22

THOMAS SONG
    on behalf of Creditor JPMorgan Chase Bank National Association tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony A. Gaydos and Patricia M. Gaydos

        Debtor(s)

Case No: 17−13752−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/26/22