| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-13752-PMM**

ANTHONY A. GAYDOS  
PATRICIA M. GAYDOS  
7055 PIONEER DRIVE  
MACUNGIE  PA    18062

Petition Filed Date: 05/31/2017  
341 Hearing Date: 08/01/2017  
Confirmation Date: 04/05/2018

Case Status: Completed on 5/26/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $600.00 | 7633314000 | 06/01/2021 | $600.00 | 7699387000 | 06/29/2021 | $600.00 | 7771855000 |
| 07/29/2021 | $600.00 | 7839805000 | 08/30/2021 | $600.00 | 7911600000 | 10/14/2021 | $600.00 | 8013103000 |
| 10/28/2021 | $600.00 | 8041649000 | 11/29/2021 | $600.00 | 8110659000 | 01/13/2022 | $600.00 | 8207355000 |
| 01/27/2022 | $600.00 | 8234582000 | 02/28/2022 | $600.00 | 8302375000 | 03/25/2022 | $600.00 | 8360363000 |
| 04/29/2022 | $600.00 | 8431583000 | 05/26/2022 | $600.00 | 8487269000 | | | |

**Total Receipts for the Period:  $8,400.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $38,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 6 | BANK OF AMERICA<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | BECKET & LEE, LLP<br>»» 005 | Unsecured Creditors | $3,020.46 | $1,443.02 | $1,577.44 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | CITIBANK NA<br>»» 009 | Unsecured Creditors | $9,142.77 | $4,368.02 | $4,774.75 |
| 4 | COUNTY OF LEHIGH FISCAL OFFICE<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | JP MORGAN CHASE BANK NA<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LAFAYETTE AMBASSADOR BANK<br>»» 007 | Unsecured Creditors | $7,454.83 | $3,561.65 | $3,893.18 |
| 1 | PEOPLE FIRST FCU<br>»» 001 | Unsecured Creditors | $9,472.87 | $4,525.74 | $4,947.13 |
| 2 | PEOPLE FIRST FCU<br>»» 002 | Unsecured Creditors | $19,756.80 | $9,439.03 | $10,317.77 |
| 3 | PEOPLE FIRST FCU<br>»» 003 | Unsecured Creditors | $9,302.00 | $4,444.09 | $4,857.91 |
| 11 | DAVID S GELLERT ESQ<br>»» 011 | Attorney Fees | $7,329.56 | $7,329.56 | $0.00 |

**Chapter 13 Case No. 17-13752-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,400.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $35,111.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,288.89 | Total Plan Base: | $38,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.